IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 18-18-RGA |
| CORNELIUS RILEY, | : | |
| Defendant. | : | |

MEMORANDUM ORDER

I sentenced Defendant on August 26, 2020, to 100 months imprisonment. (D.I. 94). He had been detained pending trial since January 11, 2018. His anticipated release date, per the Bureau of Prisons Inmate Locator, is now August 23, 2024. He is currently located at FCI Allenwood Medium.

Defendant filed a motion for compassionate release on August 17, 2021. (D.I. 100). He amended that motion. (D.I. 102). They were based on the COVID pandemic. I denied them on April 8, 2022. (D.I. 108 & 109).

Defendant filed another motion for compassionate release on April 13, 2023. (D.I. 112). The Government responded. (D.I. 115).

The Government points out that Defendant says nothing about exhausting his administrative remedies. (*Id.* at 2). The Government is correct. Defendant did exhaust in regard to his earlier motions, but I do not think administrative exhaustion nearly two years ago on a completely different basis would count as administrative exhaustion for this motion. Thus, Defendant's motion (D.I. 112) is **DISMISSED** without prejudice.

I note, in the alternative, that the grounds raised in Defendant's motion, including satisfying all financial obligations, completing seven programs, having served the majority of his sentence, being held at medium security when he qualifies for a low security setting, his age, and the desirability that he mentor and bond with his four children, do not begin to make out the "extraordinary and compelling" reasons that are necessary before I could consider granting his motion.

IT IS SO ORDERED this 3rd day of May 2023.

/s/ Richard G. Andrews
United States District Judge